UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH HENRY BROCKETT,

    Petitioner,

v.

STU SHERMAN,

    Respondent.

Case No. 17-cv-00984-SI

**JUDGMENT**

The petition for writ of habeas corpus is dismissed because it was not filed before the expiration of the habeas statute of limitations period.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: May 14, 2018

———————————————————
SUSAN ILLSTON
United States District Judge